J. A. GILE *et al., as Partners, etc., Appellees,* v. W. W.
WICKS *et al., Appellants.*

No. 16,212.

AGENCY—*Commission.* In an action by agents to recover a com-
mission for procuring a purchaser of real estate a judgment
for the plaintiffs was affirmed.

Appeal from Sumner district court; CARROLL L.
SWARTS, judge. Opinion filed December 11, 1909. Af-
firmed.

*James Lawrence,* and *Levi Ferguson,* for the appel-
lants.

*W. W. Schwinn,* for the appellees.

*Per Curiam:* Only one cause of action was stated and
that was for a commission for the sale of the mill under
an employment by all the defendants, who were, there-
fore, properly made parties. The fact that only the
owner of the mill signed the contract to convey it did
not destroy the liability of Wicks and Barber for the
commission due their agents for making the sale. The
contract bound the purchaser, and that was sufficient
so far as the agents were concerned. The letters ob-
jected to were competent to prove the attitude of the
purchaser, for which plaintiffs were responsible.
There is abundant evidence showing individual liability
on the part of Wicks and Barber, and this liability is
not affected by the fact that the corporation's demurrer
to the evidence was sustained. No objection was made
to the abstract furnished or to the title it disclosed, and
they can not be questioned now. The court's instruc-
tions are not open to the criticism made upon them.
No question of the legal meaning or effect of the con-
tract was submitted to the jury. Whatever the terms
or character of the instrument, if the purchaser and
Wicks and Barber intended thereby to effect the trade

the purpose of the agency was then and there accomplished and the commission for making the trade was earned. Other claims of error are as unsubstantial as those noticed, and the judgment of the district court is affirmed.